FILED

08 MAY 28 PM 3: 29

RICHARD W. WIEKING
CLERK, US DISTRICT COURT
NO. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    2693

VANCE EVANS McGEE

Plaintiff,

CASE NO. _____

vs.

NEVADA STATE PRISON or
NEVADA DEPARTMENT OF PRISONS,

Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

**MMC**

(PR)

I, Vance E. McGee , declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No X .

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: No Money          Net: Nothing

Employer: DOES NOT APPLY

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.  (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    Monroe Correctional institution, Monroe,

5    Washington

6    _____

7    2.      Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.     Business, Profession or            Yes ____ No X

10             self employment

11        b.     Income from stocks, bonds,        Yes ____ No X

12             or royalties?

13        c.     Rent payments?                 Yes ____ No X

14        d.     Pensions, annuities, or          Yes ____ No X

15             life insurance payments?

16        e.     Federal or State welfare payments,    Yes ____ No X

17             Social Security or other govern-

18             ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    _____ DOES NOT APPLY _____

22    _____

23    3.      Are you married?               Yes ____ No X

24    Spouse's Full Name: _ DOES NOT APPLY _

25    Spouse's Place of Employment: _ DOESN NOT APPLY _

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $ DOES NOT APPLY Net $ N/A

28    4.      a.     List amount you contribute to your spouse's support:$ N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

b.    List the persons other than your spouse who are dependent upon you for
support and indicate how much you contribute toward their support. (NOTE:
For minor children, list only their initials and ages. DO NOT INCLUDE
THEIR NAMES.).

_____DOES NOT APPLY_____

_____

5.    Do you own or are you buying a home?          Yes ___ No X

Estimated Market Value: $ N/A          Amount of Mortgage: $ N/A

6.    Do you own an automobile?          Yes ___ No X

Make N/A          Year N/A          Model N/A

Is it financed? Yes _____ No X  If so, Total due: $ N/A

Monthly Payment: $ N/A

7.    Do you have a bank account?  Yes ___ No X (Do not include account numbers.)

Name(s) and address(es) of bank: DOES NOT APPLY

_____

Present balance(s): $ N/A

Do you own any cash?  Yes ___ No X  Amount: $ N/A

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
market value.)    Yes ___ No X

_____DOES NOT APPLY_____

8.    What are your monthly expenses?

Rent: $ NO Money          Utilities: N/A

Food: $ N/A          Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ N/A | $ N/A |
| " " " | $ " " " " | $ " " " " |
| " " " | $ " " " | $ " " " |

1    9.    Do you have any other debts?  (List current obligations, indicating amounts and to

2    whom they are payable.  Do not include account numbers.)

3    ___DOES  NOT  APPLY_____

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?  Yes _X_ No ___

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _NEVADA  STATE  SUPREME  COURT,  CASE_

10    _NUMBER  UNKNOWN_____

11            I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13            I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    _05-26-08____            Vance Evans McGee

17    DATE                SIGNATURE OF APPLICANT

18                            "Will BE RELEASED SOON"

19    HOME  ADDRESS: Vance  Evans  McGee

20                    2227  66th  Ave.

21                    Oakland,  Ca,  94605

22

23

24

25

26

27

28

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

    I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of <u>Vance E. McGee</u> for the last six months

<u>Santa Rita</u> where (s)he is confined.
[prisoner name]

[name of institution]
    I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ <u>25.00</u> and the average balance in the prisoner's

account each month for the most recent 6-month period was $ <u>25.00</u>.

Dated: <u>05-20-08</u>    _____
[Authorized officer of the institution]

- 5 -

ML-76 REV 9/06

# ALAMEDA COUNTY SHERIFF'S OFFICE
## DETENTIONS AND CORRECTIONS DIVISION

### MESSAGE REQUEST

SRJ UNIT # **3**

GDJ FLOOR#

DATE: *05/18/08*

POD/CELL # **8** *1*

RETURN TO INMATE ✓

( ) BOOKING    ( ) COMMISSARY    ( ) INMATE SERVICES    ( ) CLASSIFICATION    ( ) OTHER

PRINT ONLY!!!          PRINT ONLY!!!          PRINT ONLY!!!

PERSON TO CONTACT: *OFFICERS*

*Please Tell me how much money I have in my account. Thank you.*

INMATE NAME: *Vance McKee*    PFN: *AIB206*    DATE OF BIRTH: _____

DEPUTY RECEIVING REQUEST: *URBINA #407*    DATE RECEIVED : *5/18/08*

SEE BACK FOR RESPONSE