**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 10, 2008

United States District Court
District of Nevada
Lloyd D. George U.S. Courthouse 1st Floor
333 Las Vegas Boulevard, South
Las Vegas, NV 89101-7065

RE: CV 08-02693 MMC  VANCE E. MCGEE-v-NEVADA STATE PRISON

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☐    Certified copy of docket entries.

    ☐    Certified copy of Transferral Order.

    ☐    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Alfred Amistoso* (signature)

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record