1

2

3  **FILED**

4  JUN  9 2008

5

6  RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

7

8  ### UNITED STATES DISTRICT COURT
   ### NORTHERN DISTRICT OF CALIFORNIA

9

10  _____ )          08 - 2693 mmc

11              Plaintiff,  )    CASE NO. _____

12      vs.                )    **PRISONER'S**
                            )    **APPLICATION TO PROCEED**
13  _____  )    **IN FORMA PAUPERIS**        **MMC**
                            )                                **(PR)**
14              Defendant.  )

15  _____

16      I, _____, declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct.  I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security.  I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22      In support of this application, I provide the following information:

23  1.    Are you presently employed?  Yes ____  No ✗

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____  Net: _DOES NOT APPLY_

27  Employer: _DOES NOT APPLY_

28  _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  *Have not had a Job because I am currently*

5  *disabled and have been for a while sometime,*

6  *Can not remember any last employment,*

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9          a.      Business, Profession or          Yes ____  No _X_

10                 self employment

11         b.      Income from stocks, bonds,        Yes ____  No _X_

12                 or royalties?

13         c.      Rent payments?                    Yes ____  No _X_

14         d.      Pensions, annuities, or           Yes ____  No _X_

15                 life insurance payments?

16         e.      Federal or State welfare payments, Yes ____  No _X_

17                 Social Security or other govern-

18                 ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21         *DOES NOT APPLY*

22  _____

23  3.      Are you married?                          Yes ____  No _X_

24  Spouse's Full Name: *DOES NOT APPLY*

25  Spouse's Place of Employment: *DOES NOT APPLY*

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ *DOES NOT APPLY*  Net $ *DOES NOT APPLY*

28  4.      a.      List amount you contribute to your spouse's support:$ *NONE*

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ *DOES NOT APPLY (NONE)* _____

_____

5.    Do you own or are you buying a home?        Yes ____ No *X*

Estimated Market Value: $ *N/A* ____ Amount of Mortgage: $ *N/A*

6.    Do you own an automobile?        Yes ____ No *X*

Make *None* ____ Year *N/A* ____ Model *N/A*

Is it financed? Yes ____ No *X* If so, Total due: $ *N/A*

Monthly Payment: $ *None*

7.    Do you have a bank account? Yes ____ No *X* (Do not include account numbers.)

Name(s) and address(es) of bank: *DOES NOT APPLY*

_____

Present balance(s): $ *None*

Do you own any cash? Yes ____ No *X* Amount: $ *N/A*

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No *X*

_____ *DOES NOT APPLY* _____

8.    What are your monthly expenses?

Rent: $ *HAVE NO MONEY* Utilities: *NONE*

Food: $ *None* ____ Clothing: *None*

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| *DOES NOT APPLY* | $ *DOES NOT APPLY* | $ *DOES NOT APPLY* |
| '' '' '' | $ '' '' '' | $ '' '' '' |
| '' '' '' | $ '' '' '' | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

*I owe the court restitution in the amount of $16 70.00 and $1000 maybe more later.*

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _X_   No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

*Nevada State Supreme Court*

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| | |
|---|---|
| 06-03-08 | *Vance E. McGee* |
| DATE | SIGNATURE OF APPLICANT |

*I will check into borrowing the money from my family when I am released next month (June 1, 08) I will make payment as soon as I am release from custody.*

*Home Address: Vance McGee*
*2227 66th Ave*
*Oakland Ca. 94605*
*(Home phone 510) 569-4109*

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 4 -

1
2                                    Case Number: _____
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                    **IN**
10                      **PRISONER'S ACCOUNT**
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _VANCE  McGEE_____ for the last six months
14  _SANTA  RITA  .JAI/_____ where (s)he is confined.
        [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ _8.50_____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_8.50____.
18
19  Dated: _6/3/08___                    _____ #1971
20                                       [Authorized officer of the institution]
21
22
23
24
25
26
27
28

                                    - 5 -



OAKLAND CA 94~

06 JUN 2008 PM 5 L

## BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Vance E. McGee
#AIB200 (3Lw-Bl)
San Rita
5325 Broder Blvd
Dublin Co 94568