**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Richard W. Wieking
Clerk

www.cand.uscourts.gov

June 10, 2008

___FILED   ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

2008 JUN 12  P 2: 05

General Court Number
415.522.2000  DIST COURT
              DISTRICT OF NEVADA

BY_____DEPUTY

United States District Court
District of Nevada
Lloyd D. George U.S. Courthouse 1st Floor
333 Las Vegas Boulevard, South
Las Vegas, NV 89101-7065

**2:08-cv-00768-PMP-PAL**

RE: CV 08-02693 MMC  VANCE E. MCGEE-v-NEVADA STATE PRISON

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES